```
                                                           Page 1
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF ARKANSAS
 3                   EL DORADO DIVISION
 4
 5   BRUCE MARTER                                    PLAINTIFF
 6
 7      v.        Case No. 1:19-CV-01029-SOH
 8
 9   POTLATCHDELTIC CORPORATION;
10   POTLATCHDELTIC LAND &
11   LUMBER, LLC;
12   and JOHN DOES 1-3                              DEFENDANTS
13
14
15                       DEPOSITION OF
16                   SHAHRYAR AHMADI, M.D.
17
18              Taken at 2907 Northaven Drive
19                Bentonville, Arkansas 72712
20                     January 26, 2021
21                        4:00 p.m.
22
23
24
25   Job No. CS4430672
```

Page 89

1  A:  Based on previous studies.
2  Q:  Is that based on things that you've read?  Are these
3  studies you've read or studies you have been involved in
4  performing them?
5  A:  No, this is based on the projection of new implants.
6  So the older implants, initially, when the reversal
7  arthroplasty came to market, the initial studies showed that
8  the average basically life of that process was about eight
9  years.  With the new implant and new technique that we have,
10  the projection is probably about ten to fifteen.
11  Q:  Well, let's say it lasts at the max range of fifteen
12  years, so he's about 71.
13  A:  There's a small chance that it may last for that
14  fifteen years.  So that's the average number.  It doesn't
15  mean that at fifteen years everybody's going to fail.
16  Q:  Yes, sir. And I'm just assuming, based on the average.
17  If it does, and you replace it by the time he turns 71, and
18  if he does live to be around 80 years old, do you believe
19  it's more likely than not that he would need another
20  revision, within that next nine to ten years?
21  A:  It's possible.
22  Q:  Is that greater than a 50 percent chance that he would
23  need it?
24  A:  It's very difficult to answer that question, honestly.
25  I can't tell you.  I don't know.  It depends on what kind of

Page 90

1  revision he gets.  I told you.  If you have infection two
2  years from today, the risk of that infection coming back, in
3  a very short period of time, is much, much higher.  If
4  that's basically a revision because it was a polyhedral,
5  that revision operation is going to be less likely.  So
6  again, that kind of thing is very, very -- it varies from
7  one situation to another situation.  I cannot tell you.
8  Q:  The next two questions are kind of along the same
9  lines.  Do you believe, in your opinion, that the injuries
10 you treated, for Mr. Marter, are permanent in nature, and
11 you answered, yes.
12 A:  Yes.
13 Q:  We've talked about that somewhat, and it's my
14 understanding that you don't believe Mr. Marter will ever be
15 able to regain any kind of preinjury strength or range of
16 motion?
17 A:  No, sir.  I told you that after that injury, massive
18 rotator cuff tear, there is no operation that can make
19 irreparable rotator cuff tear back to normal.
20 Q:  And at this point, you're just following his treatment
21 now.  Is that correct?
22 A:  Yes, sir.
23 Q:  What level or range of motion or what strength, that
24 Mr. Marter has now, this is his new normal.  Is that right?
25 A:  Yes.  This is the best he can get.